JUDGE ROBERT LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR20-220 RSL |
| Plaintiff, ) | ORDER GRANTING UNOPPOSED |
| v. ) | MOTION EXTEND PRETRIAL MOTIONS DEADLINE |
| SCOTT SALLEY, ) | |
| Defendant. ) | |

THE COURT has considered the unopposed motion to extend the pretrial motions deadline and finds that:

The additional time requested between the current motions deadline and the new deadline of September 10, 2021 is necessary to provide counsel for the defendant the reasonable time necessary to discuss any possible resolutions with Mr. Salley and prepare motions, considering counsel's schedule.

IT IS THEREFORE ORDERED that pretrial motions shall be filed no later than September 10, 2021.

Order Granting Unopposed Motion
To Extend Pretrial Motions Deadline
Page 1 of 1



1201 Pacific Avenue, Suite C7
Tacoma, WA 98402
Ph: 253-300-4762 / Fax: 253-512-1957

1. DONE this 30th day of August, 2021.
2.
3.
4. _____
   Robert S. Lasnik
5. United States District Judge
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.

**Order Granting Unopposed Motion
To Extend Pretrial Motions Deadline
Page 1 of 2**



1201 Pacific Avenue, Suite C7
Tacoma, WA 98402
Ph: 253-300-4762 / Fax: 253-512-1957